## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**RODNEY CHARLES WHITE, SR.**                                          **PLAINTIFF**

**v.**                          **CASE NO. 2:26-cv-00025 BSM**

**BOBBY MAY,** *et al.*                                          **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE